114 F.3d 1204
 Local Union 48 Sheet Metal Workers Board of Trustees, Sheet
Metal Workers National Pension Fund, Board of Trustees,
Sheet Metal Workers National Cola Fund, Board of Trustees,
National Stabilization Agreement of Sheet Metal Industry
Trust Fund, Board of Trustees, National Training fund for
Sheet Metal and Air Conditionaing Industry, Board of
Trustees, National Energy Management Institute Committee,
Board of Trustees, Sheet Metal Occupational Health Institute
 NO. 96-6036
 United States Court of Appeals,
Eleventh Circuit.
 Apr 30, 1997
 N.D.Ga., 106 F.3d 970
 
 1
 DENIALS OF REHEARING EN BANC.